ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ELIDA LOPEZ, | |
| Plaintiff, | CASE NO: CIV-F 06-0153 REC DLB |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from September 8, 2006 to October 8. 2006.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

/ / / / /                                                                                                                   \ \ \ \ \

                                                    Respectfully submitted,

                                                    /s/ Robert D. Christenson

Dated:   August 15, 2006                 ROBERT D. CHRISTENSON
                                                    Attorney for Plaintiff


Dated:   August 15, 2006                 **McGREGOR W. SCOTT**
                                                    United States Attorney


                                                  /s/ Kimberly A. Gaab
                                                  _____
                                                  **KIMBERLY A. GAAB**
                                                  Assistant U.S. Attorney

        IT IS SO ORDERED.

         **Dated:**   <u>**August 15, 2006**</u>              <u>**/s/ Dennis L. Beck**</u>
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE