ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ELIDA LOPEZ, | CASE NO: CIV-F 06-0153 OWW DLB |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from October 8, 2006 to November 8, 2006.

This is the Plaintiff's second request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   September 26, 2006

ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: September 27, 2006          **McGREGOR W. SCOTT**
United States Attorney

/s/ Kimberly A. Gaab

**KIMBERLY A. GAAB**
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 28, 2006**          **/s/ Dennis L. Beck**
3c0hj8          UNITED STATES MAGISTRATE JUDGE