McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
GERALYN A. GULSETH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8923
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ELIDA LOPEZ, | ) | 1:06-CV-153 DLB |
| | ) | |
| Appellant, | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Respondent. | ) | |

The parties, through their respective counsel, stipulate that the time for Respondent to respond to Appellant's brief be extended from November 27, 2006, to January 10, 2006.

This is Respondent's first request for an extension of time to respond to Appellant's brief. Respondent requests the additional time due to workload and the intervening holidays.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

|   |   |
|---|---|
| 1 | * |
| 2 | By: /s/ robert christenson |
| 3 | *(As authorized on* 11/21/2006) ROBERT CHRISTENSON Attorney at Law |
| 4 |   |
| 5 | Attorney for Plaintiff |

```
                                       *

                              By:  /s/ robert christenson
                                  (As authorized on 11/21/2006)
                                  ROBERT CHRISTENSON
                                  Attorney at Law

                                  Attorney for Plaintiff


                                  McGREGOR W. SCOTT
                                  United States Attorney
                                  KIMBERLY A. GAAB
                                  Assistant U.S. Attorney


                              By:  /s/ geralyn gulseth
                                  (As signed on 11/21/06)
                                  GERALYN GULSETH
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant
```

     IT IS SO ORDERED.

     **Dated:   November 28, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE